**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    John M. McCarthy and Catherine M. McCarthy<br>Debtor, | Chapter: 7<br>Case No: 10–22293<br>Judge Joan N. Feeney |

### NOTICE TO CREDITORS TO FILE CLAIMS

It now appears that there may be sufficient funds to pay a dividend to unsecured creditors. The size of the dividend will depend on the claims that are filed and allowed. To participate in any distribution you must file a claim with the **OFFICE OF THE CLERK**, in one of the following locations.

○ United States Bankruptcy Court
John. W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

A proof of claim form has been included with this notice for your convenience.

NO DIVIDEND CHECK LESS THAN $5.00 WILL BE ISSUED.

The last day of filing a claim is **5/5/11**

For further information, please contact the Trustee:

Harold B. Murphy
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108–3107
617–423–0400

Date:2/4/11                                                                                James M. Lynch
                                                                                           Clerk, U.S. Bankruptcy Court